# In The United States Court of Federal Claims

No. 09-814C

(Filed: January 8, 2010)

_____

PEW FOREST PRODUCTS,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 8, 2010, defendant filed a motion for an enlargement of time of ninety days to respond to plaintiff's complaint. Defendant's motion is **GRANTED**, in part. Accordingly:

1.    On or before **March 19, 2010**, defendant shall file its response to plaintiff's complaint; and

2.    **No further enlargements of this deadline will be granted**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge