# In The United States Court of Federal Claims

No.  09-814C

(Filed:  May 14, 2010)

_____

PEW FOREST PRODUCTS,

              Plaintiff,

    v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

      A telephonic preliminary status conference will be held in this case on Thursday, May 27, 2010, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

s/ Francis M. Allegra        
Francis M. Allegra
Judge