# In The United States Court of Federal Claims

No. 09-814C

(Filed: May 28, 2010)
_____

PEW FOREST PRODUCTS,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On May 27, 2010, a preliminary status conference was held in this case. Participating in the conference were Michael Jackson, for plaintiff, and Russell Upton, for defendant. Based on discussions during the conference, it was agreed that:

1. On or before December 13, 2010, fact discovery shall be completed;

2. On or before December 20, 2010, the parties shall file a joint status report indicating how this case should proceed;

3. On or before January 10, 2011, the parties shall disclose their expert witnesses;

4. On or before March 7, 2011, the parties shall disclose their expert report(s); and

5. On or before May 6, 2011, depositions of expert witnesses shall be completed.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge