# In The United States Court of Federal Claims

No. 09-814C

(Filed: November 29, 2010)

_____

PEW FOREST PRODUCTS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 23, 2010, plaintiff filed an unopposed motion for enlargement of time to complete discovery for 120 days. The motion is **GRANTED**, in part and **DENIED**, in part. Accordingly:

1. On or before February 11, 2011, fact discovery shall be completed;

2. On or before February 18, 2011, the parties shall file a joint status report indicating how this case should proceed;

3. On or before March 11, 2011, the parties shall disclose their expert witnesses;

4. On or before May 6, 2011, the parties shall disclose their expert report(s); and

5. On or before July 5, 2011, depositions of expert witnesses shall be completed.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge