# In The United States Court of Federal Claims

No. 09-814C

(Filed: January 31, 2011)

_____

PEW FOREST PRODUCTS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 26, 2011, plaintiff filed a motion for enlargement and motion to compel response to discovery.  The motion is **GRANTED**, in part, and **DENIED**, in part.  Because this court has extended discovery to allow defendant time to respond to plaintiff's January 25, 2011, discovery requests the motion to compel is **DENIED**.  Otherwise:

1. On or before March 4, 2011, fact discovery shall be completed;

2. On or before March 11, 2011, the parties shall file a joint status report indicating how this case should proceed;

3. On or before April 1, 2011, the parties shall disclose their expert witnesses;

4. On or before May 27, 2011, the parties shall disclose their expert report(s); and

5. On or before July 22, 2011, depositions of expert witnesses shall be completed.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge