# In The United States Court of Federal Claims

No. 09-814C

(Filed: May 4, 2011)

_____

PEW FOREST PRODUCTS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Thursday, May 5, 2011, at 3:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                           s/ Francis M. Allegra
                                           Francis M. Allegra
                                           Judge