# In The United States Court of Federal Claims

No. 09-814C

(Filed: May 6, 2011)

_____

PEW FOREST PRODUCTS,

               Plaintiff,

v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On May 5, 2011, a status conference was held in this case. Participating in this conference were Mr. Robert Tuerck, for plaintiff, and Ms. Ellen Mary Lynch, for defendant. Based on discussions during the conference, it was agreed that:

1. On or before May 13, 2011, defendant shall file its motion for summary judgment;

2. On or before June 13, 2011, plaintiff shall file its response and partial cross-motion for summary judgment;

3. On or before June 30, 2011, defendant shall file its response to plaintiff's cross-motion for summary judgment and its reply to plaintiff's response; and

4. On or before July 18, 2011, plaintiff shall file its reply to defendant's response.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge