# In The United States Court of Federal Claims

No. 09-814C

(Filed: July 15, 2011)

_____

PEW FOREST PRODUCTS,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On July 14, 2011, defendant filed a motion for an enlargement of time. The motion is hereby **GRANTED**, in part, and **DENIED**, in part. Accordingly:

1. On or before July 20, 2011, defendant shall file its response to plaintiff's cross-motion for summary judgment and its reply in support of its motion for summary judgment; and

2. On or before August 8, 2011, plaintiff shall file its reply to defendant's response to its cross-motion for summary judgment.

**No further enlargements of these deadlines will be granted.**

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra  
                                                Francis M. Allegra  
                                                Judge