# In The United States Court of Federal Claims

No. 09-814C

(Filed: September 23, 2011)

_____

PEW FOREST PRODUCTS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Oral argument on the parties' motion for summary judgment will be held in this case on Thursday, October 27, 2011, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled argument time.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge