# In The United States Court of Federal Claims

No. 09-814C

(Filed: September 27, 2011)

_____

PEW FOREST PRODUCTS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

The oral argument on the parties' motion for summary judgment that was originally scheduled for October 27, 2011, has been rescheduled for December 12, 2011, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled argument time.

**IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge