# In The United States Court of Federal Claims

No. 09-814C

(Filed: May 11, 2012)

_____

PEW FOREST PRODUCTS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

### ERRATA
_____

Please correct the following in the opinion filed on May 7, 2012, in the above captioned action:

On page 8, in the first paragraph, second line the word "contact" should be changed to "contract."

**IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge